UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL COCO, ET AL | CIVIL ACTION NO.: _____ |
| VERSUS | JUDGE: _____ |
| MOREAUVILLE CONCRETE PRODUCTS, INC. and HECK INDUSTRIES, INC. | MAGISTRATE JUDGE: _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, HECK INDUSTRIES, INC. ("Heck"), pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, hereby files this Notice of Removal of the captioned case from the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana, Alexandria Division. This removal is predicated upon the Court's original jurisdiction over this matter pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) and 28 U.S.C. § 1453.

1.

Plaintiffs, CARL COCO, JOEL LEMOINE, MICHELLE LEMOINE, EDWARD DUBROC, HENNELORE DUBROC, ERIC GORMSEN, JR., JUDY GORMSEN, RUTH GRAY, JOSEPH BERRY, SHIRLEY BERRY, JAMES JACOBS, JR., WANDA LEWIS, and LUCILLE AUGUSTINE, on behalf of themselves and a purported class of persons living within a two (2) mile radius of the Heck Industries' plant in Moreauville, Louisiana, commenced this action in the 12th Judicial District Court for the Parish of Avoyelles, State of Louisiana, entitled *Carl Coco, et al v. Moreauville Concrete Products, Inc., et al*, seeking to recover damages for

the operation of a Heck facility in Moreauville, Louisiana.

2.

Carl Coco *et al* had originally filed suit for damages against Heck and Moreauville Concrete Products, Inc. However, on October 10, 2013, a Supplemental and Amending Petition for Class Action Lawsuit Related to Liability and Damages was filed against Heck.

3.

Heck first received notice of this class action lawsuit when it was served on or about October 22, 2013. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of notice of the initial pleading establishing federal jurisdiction.

4.

The Court has subject matter jurisdiction over the claims asserted against Heck Industries, Inc., regardless of citizenship, pursuant to the Class Action Fairness Act ("CAFA") in 28 U.S.C. § 1332, 28 U.S.C. §§ 1441(A) and (B), and 28 U.S.C. § 1453.

5.

The recently enacted Class Action Fairness Act ("CAFA") reflects Congress' intent to change prior law and now have federal court adjudicated substantial class action suits brought against out-of-state defendants. Towards that end, CAFA expressly provides that class actions filed in state courts are removable to federal court. CAFA expands federal jurisdiction over class actions by amending 28 U.S.C. § 1332 to grant original jurisdiction where the sum or value of the claims exceeds five million dollars ($5,000,000.00) in the aggregate for the entire class, exclusive of interest and cost; the putative class contains as least one hundred (100) class members; and any member of the putative class is a citizen of a State different from that of any Defendant.

6.

Consent of all defendants is not required or removal under CAFA pursuant to 28 U.S.C. § 1453(b).

7.

This suit satisfies all of the requirements under CAFA for federal jurisdiction: (1) the amount in controversy exceeds five million dollars ($5,000,000.00); (2) the class exceeds one hundred (100) members; and (3) upon information and belief, at least some persons included within the class definition reside outside of the State of Louisiana.

8.

CAFA requires that the sum or value of the Plaintiffs' claims exceed five million dollars ($5,000,000.00) for the entire putative class in the aggregate, exclusive of interest and cost under 28 U.S.C. § 1332(D)(2).

9.

The putative class consists of essentially all of the residents of Moreauville, Louisiana. The 2010 census showed the population of Moreauville at approximately 1,000 individuals. If each class member's claim is only worth $5,000.00, then the five million dollar ($5,000,000.00) value required by CAFA is easily met.

10.

As stated *supra*, the putative class essentially consists of every resident of Moreauville, Louisiana. The 2010 census stated that the city's population was approximately 1,000 residents, meaning that the putative class easily exceeds the 100 member threshold for CAFA jurisdiction.

11.

Upon current information and belief, certain members of the putative class are not

citizens of the state of Louisiana, as the tax records from Avoyelles Parish show that tax assessments for property in Moreauville, Louisiana, are sent to out-of-state property owners.

12.

Pursuant to 28 U.S.C. § 1332(c)(1), Heck is a Louisiana citizen because it is incorporated in Louisiana and has its principal place of business in Louisiana.

13.

Heck has attached all pleadings filed in the record of the Louisiana state court proceedings as **Exhibit A**.

14.

Upon filing of the Notice of Removal, Heck has promptly given notice thereof to counsel for all parties and will promptly file with the Clerk of Court of the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana, a copy of this Notice of Removal of the action to this Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, HECK INDUSTRIES, INC. ("Heck"), prays that this Notice of Removal be filed in accordance with the law and that it be considered good and sufficient and that the above-captioned filed in the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana, be removed from state court to this Honorable Court for trial and determination as provided by law and that this Court enter such Orders and issue process as may be proper to bring before it copies of all records and proceedings in said civil action from the 12th Judicial District Court of Avoyelles Parish, Louisiana, and thereupon proceed with this civil action as if it had originally commenced in this court. AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted:

/s/ Michael E. Parker
MICHAEL E. PARKER (#18371)
ERIC J. WALTNER (#26544)
ALAN W. STEWART (#34107)
Allen & Gooch, A Law Corporation
P. O. Drawer 81129
Lafayette LA  70598-1129
Phone:       (337) 291-1350
Facsimile:   (337) 291-1355

Rudolph Estess, Jr. (#17948)
ESTES & BOLTON
5317 Trent's Place
Baton Rouge, LA  70817

Attorneys for *Heck Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all known parties by depositing same in the United States Mail, properly addressed and postage prepaid.

This 12th day of November, 2013.

/s/ Michael E. Parker
MICHAEL E. PARKER