RECEIVED
MAR 17 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL COCO, et al | CIVIL ACTION NO. 13-3059 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| HECK INDUSTRIES, INC. | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, **doc. #9**, is GRANTED and this case is remanded to the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 17 day of March, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT